USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN DELEON,

               Petitioner,

- against -

THE UNITED STATES OF AMERICA,

               Respondent.

1:06-cv-02922-RJH-RLE

**ORDER**

---

WHEREAS the time for objections to Magistrate Judge Ellis's January 30, 2009 Report and Recommendation **[12]** has expired; no objections have been received by the Court; and no error appears on the face of the record, the Court ADOPTS the report, and DISMISSES this case.

The Clerk is directed to close this case and any pending motions.

SO ORDERED.

Dated: New York, New York
       April __6__, 2009

                                      Richard J. Holwell
                                      United States District Judge